Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

No. J02-0001-02-CR (JKS)

Case

Kenneth J. Hill

    On March 28, 2003, the above-named was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Kenneth J. Hill be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Mary Frances Barnes     Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this _22_ day of _August_, 20 _06_.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge